**Order filed October 6, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-10-00708-CV
_____

**Port of Houston Authority of Harris County, Texas, Appellant**

**V.**

**Zachry Construction Corporation, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-72970**

---

## O R D E R

This appeal is set for submission with oral argument on October 20, 2011. Both parties have filed motions regarding oral argument.

Appellant's motion to extend the time for oral argument to thirty (30) minutes per side is granted. Appellant may reserve a portion of its 30 minutes for rebuttal.

Appellee's motion to reserve time for rebuttal is denied.

PER CURIAM